IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**DAVID JOHNSON,**<br><br>Defendant | NO.  3: 08-CR-11 (CAR)<br><br>RE:  VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant DAVID JOHNSON, represented by legal counsel Ms. Catherine Michelle Leek of the Federal Defenders Office, on November 12, 2008, appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Teresa T. Tom. The government was represented by Assistant U.S. Attorney Michael T. Solis.  The defendant admitted the violations set forth in Ms. Tom's petition;  the court found him to be in violation of conditions of pretrial release imposed upon him on June 19, 2008 in the District of South Carolina, but **continued disposition** until further order of court.  Based upon the admissions made by defendant JOHNSON on November 12th, the court now enters this disposition:

**IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 19, 2008, be, and it is, **REVOKED** and that the defendant be taken into custody and **DETAINED without further hearing** based upon the findings heretofore made on November 12th.  The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 1st day of APRIL, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE